United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GILBERG,

Plaintiff,

v.

AMERICAN ARBITRATION ASSOCIATION, et al.,

Defendants.

Case No. 26-cv-08930-TSH

**ORDER TERMINATING MOTION TO DISMISS AS MOOT**

Re: Dkt. No. 10

Pending before the Court is the motion to dismiss filed by Defendants American Arbitration Association, Inc., Francis J. Burke, Jr., Hon. Chris Cottle (Ret.), and Gilda R. Turitz. ECF No. 10. On October 9, 2026, Plaintiff filed a notice stating he intends to file a first amended complaint by October 21, 2026. ECF No. 27. As such, the Court held the motion to dismiss in abeyance and directed all named defendants to file their responsive pleadings within 14 days after Plaintiff filed his amended complaint. ECF No. 29.

On October 21, 2026, Plaintiff filed a First Amended Complaint. ECF No. 30. Accordingly, the Clerk of Court shall terminate the pending motion to dismiss as moot. *See* Fed. R. Civ. P. 15(a)(1); *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc) ("[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect."). Defendants shall respond in compliance with Rule 15(a)(3).

**IT IS SO ORDERED.**

Dated: October 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge