UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GILBERG,

Plaintiff,

v.

AMERICAN ARBITRATION ASSOCIATION, et al.,

Defendants.

Case No. 26-cv-08930-TSH

**ORDER GRANTING MOTION TO CHANGE TIME**

Re: Dkt. No. 37

Defendants American Arbitration Association, Inc., Francis J. Burke, Jr., Hon. Chris Cottle (Ret.), and Gilda R. Turitz (the AAA Defendants) move to extend their deadline to respond to Plaintiff Larry Gilberg's First Amended Complaint and to continue the initial case management conference. ECF No. 37. The AAA Defendants request a two-week extension because their lead counsel is in trial in another matter through approximately November 6, 2026, and he states his trial obligations prevent him from preparing a motion to dismiss the amended complaint by the November 4 deadline. Dye Decl. ¶ 3, ECF No. 37-1. The AAA Defendants also ask the Court to continue the December 10 case management conference and related deadlines until it rules on their anticipated motion(s) to dismiss.

Gilberg opposes both requests. ECF No. 38. He argues counsel knew of the trial conflict in advance, that other attorneys could assist, and that delay would prejudice him given ongoing judgment-enforcement proceedings. He asks the Court to require lead counsel to submit a supplemental declaration identifying the trial by court and case number, stating when it was set and when it is expected to end, and explaining why no other attorney could assist despite counsel's advance notice of the conflict. He also asks the Court to keep the December 10 case management conference and related deadlines on calendar.

United States District Court
Northern District of California

Having considered the parties' positions, the Court finds good cause to grant the AAA Defendants' request without a supplemental declaration. Lead counsel has identified the dates of his ongoing trial and explained why he cannot prepare the response by November 4. The Court also finds it premature to hold a case management conference before the pleadings are settled. Accordingly, the Court **GRANTS** the motion and **EXTENDS** the deadline to November 18, 2026 for the AAA Defendants to respond to the First Amended Complaint. This extension does not apply to the non-moving defendants, Alexander Mednik and Mark Kesel. The Court also **VACATES** the December 10, 2026 case management conference and its related deadlines for all parties. The Court will reset the conference and related deadlines after the pleadings are settled.

**IT IS SO ORDERED.**

Dated: November 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California